FILED _____ENTERED    _____SERVED ON
                        COUNSEL/PARTIES OF RECORD

JUN - 2 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

HUGO CESAR ASTORGA-NUNEZ,
  aka "Hugo Astorga-Nunez,"
  aka "Hugo Cesar -Nunez,"

Defendant.

Case No. 2:26-mj-000143-DJA

**Order Directing Probation to
Prepare a Criminal History
Report [Proposed]**

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 2 day of June, 2026.

_____
HON. DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

3

TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
CLAY A. PLUMMER
Nevada Bar No. 6778
Special Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
clay.plummer@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUGO CESAR ASTORGA-NUNEZ,<br>  aka "Hugo Astorga-Nunez,"<br>  aka "Hugo Cesar -Nunez,"<br><br>Defendant. | Case No. 2:26-mj-000143-DJA<br><br>**Stipulation for an Order Directing Probation to Prepare a Criminal History Report** |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General of the United States, and Clay Plummer, Special Assistant United States Attorney, counsel for the United States of America, Rene L. Valladares, Federal Public Defender, and Lisa C. Drummer, Assistant Federal Public Defender, counsel for defendant HUGO CESAR ASTORGA-NUNEZ , that the Court direct the U.S. Probation Office to prepare a report detailing the defendant's criminal history.

This stipulation is entered into for the following reasons:

1.      The United States Attorney's Office has developed an early disposition program for immigration cases, authorized by the Attorney General pursuant to the PROTECT ACT of 2003, Pub. L. 108-21. Pursuant to this program, the government has extended to the defendant a plea offer in which the parties would agree to jointly request an expedited sentencing immediately after the defendant enters a guilty plea.

2.      The U.S. Probation Office cannot begin obtaining the defendant's criminal history until after the defendant enters his guilty plea unless the Court enters an order directing the U.S. Probation Office to do so. Such an order is often entered in the minutes of a defendant's initial appearance when charged by indictment.

3.      The U.S. Probation Office informs the government that it would like to begin obtaining the criminal history of defendants eligible for the early disposition program as soon as possible after their initial appearance so that the Probation Office can complete the Presentence Investigation Report by the time of the expected expedited sentencing.

4.      Accordingly, the parties request that the Court enter an order directing the U.S. Probation Office to prepare a report detailing the defendant's criminal history.

DATED this __2__ day of June, 2026.

                                        Respectfully Submitted,

RENE L. VALLADARES                      TODD BLANCHE
Federal Public Defender                 Acting Attorney General of the United States


/s/                                     /s/ Clay Plummer
                                        CLAY A PLUMMER
Assistant Federal Public Defender       Special Assistant United States Attorneys
Counsel for Defendant
HUGO CESAR ASTORGA-NUNEZ

2