RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Hugo Cesar Astorga-Nunez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

HUGO CESAR ASTORGA-NUNEZ,

Defendant.

Case No. 2:26-mj-00401-DJA

**STIPULATION TO CONTINUE PRELIMINARY HEARING**
(Second Request)

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Attorney General of the United States, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Hugo Cesar Astorga-Nunez, that the Preliminary Hearing currently scheduled on September 15, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than December 17, 2026.

This Stipulation is entered into for the following reasons:

1. Mr. Astorga-Nunez has entered into a plea agreement with the government. His fast-track change of plea and sentencing is currently scheduled for December 17, 2026, at

11:00 a.m. The requested continuance will permit time for the hearing to be held and thereby obviate the need for the preliminary hearing scheduled before this Court.

2. Defendant is incarcerated and does not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for continuance filed herein.

DATED this 9th day of September 2026.

RENE L. VALLADARES
Federal Public Defender

By *<u>/s/ Raquel Lazo</u>*
RAQUEL LAZO
Assistant Federal Public Defender

TODD BLANCHE
Attorney General of the United States

By *<u>/s/ Clay Plummer</u>*
CLAY PLUMMER
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

HUGO CESAR ASTORGA-NUNEZ,

Defendant.

Case No. 2:26-mj-00401-DJA

**ORDER**

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on September 15, 2026 at the hour of 4:00 p.m., be vacated and continued to **December 21, 2026, at 4:00 p.m.**

DATED this 9th day of September 2026.

UNITED STATES MAGISTRATE JUDGE